**Gregory T. Van Meter, administrator of the estate of Stanley Opst, deceased, appellant, v. City of Chicago, appellee. Gen. No. 30,150.**

Action for wrongful death. Judgment for defendant. Appeal from

the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed October 6, 1925.

Hermann P. Haase, for appellant. Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellee; Earl B. Dickerson, Assistant Corporation Counsel, of counsel.

Mr. Justice Gridley delivered the opinion of the court.